# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D19-237

———————————————

GERALD FRANCIS BOTT,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

July 23, 2019

PER CURIAM.

The petition for writ of certiorari is dismissed for lack of jurisdiction because Petitioner has not shown irreparable harm. *See Bailey v. State*, 245 So. 3d 1015 (Fla. 1st DCA 2018).

LEWIS, MAKAR, and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andrew Michael Bonderud of The Bonderud Law Firm, P.A., Jacksonville, for Petitioner.

Ashley Moody, Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Respondent.